Order affirmed, with ten dollars costs and disbursements.

---

Fourth Appellate Department, February, 1897. Reported. 14 App. Div. 628.

The People of the State of New York ex rel. John Sweeney, Appellant *v.* John C. Lammerts, as County Treasurer of the County of Niagara, Respondent.

Order affirmed, with disbursements.

All concurred, except Follett, J., not sitting.

---

Third Appellate Department, March, 1897. Reported. 15 App. Div. 290.

The People of the State of New York ex rel. George M. Thomas, Respondent, *v.* Martin R. Sackett, as Treasurer of the County of St. Lawrence, Appellant.

Liquor Tax Law—Decision whether liquor shall be sold—It must be made at the annual town meeting—Appeal from an order directing a tax certificate to issue—Restitution.

The provisions of section 16 of chapter 112 of the Laws of 1896, known as the Liquor Tax Law, providing for the submission to the electors of a town of the question whether any liquors shall be sold there, contemplate that action upon that proposition shall be taken at an annual town meeting.